# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Philip A. Brimmer

Civil Action No. 10-cv-01963-PAB-MJW

MARY ADAMS,

    Plaintiff,

v.

ECHOSTAR COMMUNICATIONS CORPORATION, a Nevada Corporation,
ECHOSPHERE, L.L.C., a Colorado Limited Liability Company,
ECHOSTAR SATELLITE, L.L.C., a Colorado Limited Liability Company,
DISH NETWORK CORPORATION, a Nevada Corporation,
DISH NETWORK, L.L.C., a subsidiary of DISH NETWORK CORPORATION, and
DISH NETWORK L.L.C., f/k/a EchoStar Satellite, L.L.C.,

    Defendants.

## ORDER COMPELLING ARBITRATION

This matter is before the Court on plaintiff and defendants' Joint Motion to Compel Arbitration and Stay Action Pending Completion of Arbitration [Docket No. 4].

In a case involving a written arbitration agreement between the parties that encompasses the disputes at issue in the litigation, section 3 of the Federal Arbitration Act, 9 U.S.C. § 3, instructs courts to stay the action "until such arbitration has been had in accordance with the terms of the agreement." Upon review of the motion to compel arbitration and the attachments thereto, the Court will administratively close this case, subject to reopening for good cause, rather than granting a stay of proceedings during the pendency of the arbitration proceedings. *See Quinn v. CGR*, 828 F.2d 1463, 1465 & n. 2 (10th Cir.1987) (construing closure of case subject to reopening upon a showing of good cause as the practical equivalent of a stay).

Accordingly, it is

**ORDERED** that plaintiff and defendants' Joint Motion to Compel Arbitration and Stay Action Pending Completion of Arbitration [Docket No. 4] is GRANTED in part and DENIED in part. The motion is granted to the extent is seeks to compel plaintiff to arbitrate the claims that she asserts in this action against defendants. The motion is denied to the extent that it requests a stay of this action. It is further

**ORDERED** that the parties shall proceed to binding arbitration in a manner consistent with the dispute resolution program attached as Exhibit 1 to the motion to compel arbitration. It is further

**ORDERED** that this action shall be administratively closed, subject to reopening for good cause, pursuant to D.C.COLO.LCivR 41.2. It is further

**ORDERED** that not later than twenty days after the completion of the arbitration proceeding, the parties shall file a status report advising the Court whether they believe the case should be reopened for good cause for any further proceedings in this Court or whether the case may be dismissed.

DATED October 19, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge